

**FILED**

02/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0629

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0629

BILLY BUDD SULLIVAN and
HARRY RICHARDS,

      Plaintiffs and Appellants,

v.

ALICIA DORMAN and
JASON FORTNEY,

      Defendants and Appellees.

**FILED**

FEB 16 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appearing as self-represented litigants, Appellants Billy Budd Sullivan and Harry Richards filed a Request for Production of Transcripts along with their Notice of Appeal on November 22, 2022. They requested the transcript of the September 1, 2022 hearing that occurred in the District Court. However, instead of certifying that they made arrangements with the court reporter to pay for the transcripts, one of the Appellants wrote "NO I have NOT" on the form.

As Appellants, Sullivan and Richards bear the responsibility to make arrangements to pay the court reporter to prepare the transcripts. M. R. App. P. 8(3) and 9(1). Although Appellants requested, and obtained, waiver of the filing fee for appeal to this Court, such waiver does not entitle the party to waive other fees or costs, including the cost of transcript preparation. M. R. App. P. 5(5). Although we recognize the burden on litigants of limited means when they must procure funds on their own to secure a transcript for appeal, there is no provision in Montana law that allows transcripts to be provided in a civil matter such as this one at no cost to the appellant.

Aside from the transcript, the District Court transmitted the remainder of the record to this Court on January 6, 2023. Appellants must either timely make payment arrangements

with the court reporter for preparation of the transcript or proceed with this appeal on the remainder of the record.

IT IS THEREFORE ORDERED that, on or before March 16, 2023, Appellants shall file a report on the status of this appeal that informs the Court as to the status of the transcripts. Failure to file a status report within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to counsel of record, and to Billy Budd Sullivan and Harry Richards.

DATED this 16th day of February, 2023.

For the Court,

By: _____
Chief Justice